**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: _____

**LAMONT T. GREEN,**

    **Plaintiff,**

vs.

**MIAMI-DADE COUNTY PUBLIC SCHOOLS,**

    **Defendant.**

_____/

## NOTICE OF REMOVAL

Defendant, Miami-Dade County Public Schools ("Defendant"), timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, and thereby removes this civil action from the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida. In support of this Notice, Defendant states:

    1.    This action commenced March 5, 2021, when Plaintiff filed a complaint in the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida bearing Case No. 2021-005483-CA-01 (the "State Action").

    2.    The summons and complaint in the State Action were served on the School Board on April 6, 2021, and is attached hereto as **"Exhibit A".** A true and correct copies of all process, pleadings or papers filed and/or served in the State Action, are attached hereto as **Composite "Exhibit B"** in accordance with 28 U.S.C. § 1446(a).

    3.    No other process, pleadings or papers have been served in the State Action.

4. Removal is effectuated by Defendant pursuant to the provisions 28 U.S.C. §§ 1441 and is timely under the provision of 28 U.S.C. § 1446(b) in that no more than thirty (30) days have elapsed since Defendant was first served with the summons and complaint.

5. The complaint asserts three (3) claims, including two (2) claims arising under Federal law and one (1) claim arising under Florida state law as follows:

    a. Count I – Violation of 42 U.S.C. Section 2000e-2(a)(1)

    b. Count II – Violation of Florida Civil Rights Act, Fla. Stat. Ch. 760

    c. Count III – Violation of 42 U.S.C. Section 1983

6. Jurisdiction over Plaintiff's claims under 42 U.S.C. § 2000 and § 1983 are conferred on this Court by 28 U.S.C. § 1331. The United States District Courts have original jurisdiction founded on claims arising under the laws of the United States pursuant to 28 U.S.C. § 1331.

7. Plaintiff's additional cause of action are also properly removable to this Court under 28 U.S.C. § 1367 or 28 U.S.C. § 1441(c), as all counts of the Complaint are premised on the same set of factual allegations.

8. As required by 28 U.S.C. § 1446(d), Defendant shall provide written and prompt notice to Plaintiff of the removal and file a copy of this notice with the Clerk of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida.

9. By filing this Notice of Removal, Defendant does not waive any defenses that may be available to it.

10. If any question arises as to the propriety of the removal of this action, Defendant requests the opportunity to file a memorandum in support of the position that this case is removable.

Dated:  April 23, 2021

        Respectfully submitted,

        Walter J. Harvey
        School Board Attorney
        The School Board of Miami-Dade County, Florida
        1450 N.E. 2nd Avenue, Suite 430
        Miami, Florida 33132

By: */s/ Michele L. Jones*
    Michele L. Jones, Esq.
    Assistant School Board Attorney
    Florida Bar No. 86008
    mljones@dadeschools.net;
    Telephone (305) 995-1304
    Facsimile (305) 995-1412
    ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

By: _/s/ Michele L. Jones_____
Michele L. Jones

## SERVICE LIST

Martin E. Leach, Esq.
Florida Bar No. 0037990
mel@flmlegal.com
FEILER & LEACH, P.L.
901 Ponce de Leon Blvd, Suite 300,
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Facsimile: (305) 441-8081
**ATTORNEY FOR PLAINTIFF**
*(Served via e-mail and U.S. Mail)*

Michele Jones
Florida Bar No. 86008
mljones@dadeschools.net
Miami Dade County Public Schools
1450 N.E. 2nd Ave, Suite 430
Miami, FL 33132
Telephone: (305) 995-1304
Facsimile: (305) 995-1412
**ATTORNEY FOR DEFENDANT**