**UNITED STATED DISTRICT COURT**
**SOUTHERN DISTICT OF FLORIDA**

|  |  |  |
|---|---|---|
| LAMONT T. GREEN, | ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CASE NO.: 1:21-cv-21570-MGC |
| MIAMI-DADE COUNTY PUBLIC SCHOOLS | ) ) | |
| Defendant, | ) ) ) ) | |
| | ) | |

**THE SCHOOL BOARD'S ANSWER AND AFFIRMATIVE DEFENSES TO**
**PLAINTIFF'S COMPLAINT**

Defendant, The School Board of Miami Dade County (the "School Board") by and through

its undersigned counsel, hereby files its Answer and Affirmative Defenses to Plaintiff's Complaint,

and states as follows:

**JURISDICTIONAL ALLEGATIONS**

1.    Admitted for jurisdictional purposes only.

2.    Admitted for jurisdictional purposes only.

3.    Admitted for jurisdictional purposes only.

4.    Admitted for jurisdictional purposes only.

5.    Admitted.

6.    Admitted for jurisdictional purposes only.

7.    Admitted for jurisdictional purposes only.

8.    Admitted for jurisdictional purposes only.

**FACTS GIVING RISE TO CAUSE OF ACTION**

9.      Admitted.

10.     The School Board is without sufficient knowledge or information to form a belief

as to the truth of the allegations in Paragraph 10, and therefore denies the same.

11.     Denied.

12.     Denied.

13.     Denied.

14.     Denied.

15.     Denied.

16.     Denied.

17.     Denied including subparts (a) – (q).

18.     The School Board agrees to a trial by jury.

## COUNTT I
### Claim for Violation of 42 U.S.C. Section 2000e-2(a)(1) on the basis of race

19.     The School Board adopts and reasserts its response to Paragraphs 1 through 18 as

is fully set forth herein.

20.     Admitted for jurisdictional purposes only.

21.     Denied.

22.     Denied.

23.     Denied.

24.     Denied.

25.     Denied.

26.     Denied.

27.     Denied.

## COUNTT II
### Violation of Florida Civil Rights Act, Fla.Stat.Ch. 760 on the basis race

28.     The School Board adopts and reasserts its responses to Paragraphs 1 through 18 as

if fully set forth herein.

29.     Admitted for jurisdictional purposes only.

30.     Denied.

31.     Denied.

32.     Denied.

33.     Denied.

34.     Denied.

35.     Denied.

36.     Denied.

## COUNTT III
### Claims for Violation of 42 U.S.C. Section 1983

37.     The School Board adopts and reasserts its responses to Paragraphs 1 through 18 as

if fully set forth herein.

38.     Denied.

39.     Denied.

40.     Denied.

41.     Denied, including subpart (a) – (b).

42.     Denied.

43.     Denied.

44.     Denied.

45.     Denied, including subparts (a) – (c).

46.     Denied.

47.     Denied.

## **AFFIRMATIVE DEFENSES**

1.     The School Board states that any recovery by Plaintiff must be reduced or barred by Plaintiff's failure to mitigate his damages.

2.     The School Board states that neither the School Board nor any of its employees engaged in any conduct that proximately caused or contributed to Plaintiff's alleged injuries and damages.

3.     In addition to the foregoing affirmative defenses, the School Board hereby reserves its right to raise additional affirmative defenses, or to file any additional applicable pleadings as discovery may reveal necessary or appropriate.

Dated: May 6, 2021.

Respectfully submitted,

Walter J. Harvey, School Board Attorney
The School Board of Miami-Dade County, FL
1450 N.E. 2nd Avenue, Suite 430
Miami, Florida  33132

By: */s/ Michele L. Jones*
    Michele L. Jones, Esq.
    Assistant School Board Attorney
    FBN: 86008
    E-mail: mljones@dadeschools.net
    Telephone (305) 995-1304
    Facsimile  (305) 995-1412

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via email

on this 6th day of May on all counsel or pro se parties identified on the attached Service List.

By: */s/ Michele L. Jones*
Michele L. Jones, Esq.

**SERVICE LIST**

Martin E. Leach, Esq.
Florida Bar No.: 0037990
mel@flmlegal.com
Feiler & Leach, P.L.
901 Ponce de Leon Blvd.
Suite 300
Coral Gables, Florida 33134
Telephone: (305) 441-8818
Fax: (305) 441-8081

Michele L. Jones, Esq.
Florida Bar No.: 86008
mljones@dadeschools.net
The School Board of Miami-Dade County Public Schools
1450 N.E. 2nd Ave, Suite 430
Miami, FL 33132
Telephone: (305) 995-1304
Facsimile: (305) 995-1412
**ATTORNEYS FOR DEFENDANT**